**GEORGE M. RANALLI, ESQ.**
Nevada Bar No. 5748
**BENJAMIN J. CARMAN, ESQ.**
Nevada Bar No. 12565
**RANALLI ZANIEL FOWLER & MORAN, LLC**
2400 W. Horizon Ridge Parkway
Telephone: (702) 477-7774
Facsimile: (702) 477-7778
ranalliservice@ranallilawyers.com
Attorneys for Defendant
State Farm Mutual Automobile Insurance Company

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| **ETHAN ALAN ADAIR (FKA ALAN VEYTSMAN), individually** | |
| Plaintiff, | 2:17-cv-00421-RFB-CWH |
| v. | ***SUBMITTED IN COMPLIANCE WITH LR 26-1(e)*** |
| **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, individually; DOES I - X, and ROE CORPORATIONS I - X,** | |
| Defendant | |

## STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES
## (SECOND REQUEST)

Pursuant to Local Rules 6-1 and 26-4, the parties, by and through their respective counsel of record, hereby stipulate to and request that the Court extend the deadlines by ninety days.

**A. STATEMENT SPECIFING THE DISCOVERY COMPLETED:**

The following discovery has been completed by the parties:

1. Plaintiff's List of Witnesses and Documents Produced Pursuant to FRCP 26 was produced on October 4, 2017;
2. Defendant's Disclosure of Witnesses and Exhibits Pursuant to FRCP 26(f) was produced on October 9, 2017;
3. Plaintiff's First Supplemental List of Witnesses and Documents Produced Pursuant to FRCP 26;
4. Plaintiff's Second Supplemental List of Witnesses and Documents Produced Pursuant to FRCP 26;
5. Defendant's First Supplemental Disclosure of Witnesses and Exhibits Pursuant to FRCP 26(f);
6. Defendant's First Set of Interrogatories to Plaintiff
7. Defendant's First Set of Requests for Production of Documents to Plaintiff;
8. Defendant's First Set of Requests for Admissions to Plaintiff;
9. Plaintiff's First Set of Interrogatories to Defendant;
10. Plaintiff's First Set of Requests for Production of Documents to Defendant
11. Plaintiff's First Set of Requests for Admissions to Defendant;
12. Plaintiff has noticed the deposition of Nikki Clary;

13. **Plaintiff has noticed the deposition of Sandra Gowdy;**
14. Deposition of Plaintiff;
15. Defendant's Responses to Plaintiff's Requests for Admissions;
16. Plaintiff's Responses to Defendant's Request for Admissions;
17. Defendant's Responses to Plaintiff's Interrogatories;
18. Plaintiff's Responses to Defendant's First Set of Interrogatories;
19. Defendant's Responses to Plaintiff's Requests for Production of Documents;
20. Plaintiff's Responses to Defendant's First Set of Request for Production of Documents;
21. Plaintiff has noticed the deposition of the Person Knowledgeable of State Farm;
22. Defendant's Designation of Expert Witnesses;
23. Plaintiff's Designation of Expert Witnesses and Documents;

**B. A SPECIFIC DESCRIPTION OF THE DISCOVERY THAT REMAINS TO BE COMPLETED:**

1. Depositions of the Person Most Knowledgeable from Plaintiff's medical providers relevant to treatment rendered to Plaintiff since the date of this accident;

2. Disclosures of Plaintiff and Defendant's rebuttal experts;

3. Depositions of Plaintiff and Defendant's experts;

4. Obtaining Plaintiff's medical records;

**A. THE REASONS WHY THE DISCOVERY REMAINING WAS NOT COMPLETED WITHIN THE TIME LIMITS SET BY THE DISCOVERY ORDER:**

Both parties have been working diligently to move this matter forward and have noticed depositions and served discovery, including their designation of experts in this matter. Both parties are aware of the numerous depositions they would like to take and the conflicting schedules of not only counsel, but the deponents. In addition, the parties recently exchanged expert disclosures and both parties believe they will need more time to prepare their experts as well as retain additional rebuttal experts. The parties are requesting a ninety day extension to complete all remaining discovery and depositions. This extension will allow the parties to accommodate counsels' schedule as well as the remaining deponents. Further, this will allow the parties to obtain the necessary experts needed.

**D. A PROPOSED SCHEDULE FOR COMPLETING ALL REMAINING DISCOVERY:**

|  | **Old Deadline** | **New Deadline** |
|---|---|---|
| Discovery Cut off: | 07/16/2018 | 10/15/2018 |

| | | |
|---|---|---|
| Amending the Pleadings & Adding Parties: | 04/17/2018 | CLOSED |
| Expert Disclosure: | 05/17/2018 | CLOSED |
| Rebuttal of Experts: | 06/15/2018 | 09/17/2018 |
| Interim Status Report: | 05/17/2018 | 08/16/2018 |
| Dispositive Motions: | 08/15/2018 | 11/14/2018 |
| Pretrial Order: | 09/14/2018 | 12/14/2018 |

**F. SAID REQUEST IS NOT BEING MADE FOR PURPOSES OF UNDULY DELAYING DISCOVERY OR THE TRIAL OF THIS MATTER.**

Dated: May 29, 2018                                  Dated: May 29, 2018

RANALLI ZANIEL FOWLER & MORAN, LLC                   THE POWELL LAW FIRM

/s/ Benjamin Carman                                  /s/ Paul Powell
GEORGE M. RANALLI, ESQ.                              PAUL D. POWELL, ESQ.
Nevada Bar No. 5748                                  Nevada Bar No. 7488
BENJAMIN J. CARMAN, ESQ.                             MICHAEL A. KRISTOF, ESQ,
Nevada Bar No. 12565                                 Nevada Bar No. 7780
2400 W. Horizon Ridge Parkway                        4435 South Eastern Avenue
Henderson, Nevada 89052                              Las Vegas, Nevada 89119
Attorneys for Defendant                              Attorney for Plaintiff

**ORDER**

IT IS SO ORDERED:

Dated: May 30, 2018

_____
UNITED STATES ~~DISTRICT COURT~~
MAGISTRATE JUDGE