**BENJAMIN J. CARMAN, ESQ.**
Nevada Bar No. 12565
**CARMAN COONEY FORBUSH PLLC**
4045 Spencer Street Suite A47
Las Vegas, Nevada 89119
Telephone: (702) 421-0111
Facsimile: (702) 516-1033
Service@ccfattorneys.com
Attorneys for Defendant
State Farm Mutual Automobile Insurance Company

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ETHAN ALAN ADAIR (FKA ALAN VEYTSMAN), individually<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, individually; DOES I - X, and ROE CORPORATIONS I - X,<br><br>Defendants | 2:17-cv-00421-RFB-DJA<br><br>**STIPULATION AND ORDER TO FILE JOINT PRETRIAL ORDER** |

Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, by and through its attorney, BENJAMIN J. CARMAN, ESQ., of the law firm CARMAN COONEY FORBUSH PLLC, and Plaintiff, ETHAN ALAN ADAIR (FKA ALAN VEYTSMAN), by and through his attorneys, PAUL D. POWELL, ESQ., MICHAEL A. KRISTOF, ESQ., JASON LATHER, ESQ. of the law firm of THE POWELL LAW FIRM, hereby stipulate and agree to continue the

deadline to file the Joint Pretrial Order from October 21, 2019 to November 4, 2019.

Dated October 18, 2019.

**THE POWELL LAW FIRM**

__/s/JASON LATHER_____
**PAUL D. POWELL, ESQ.**
Nevada Bar No. 7488
**MICHAEL A. KRISTOF, ESQ.**
Nevada Bar No. 7780
**JASON LATHER, ESQ.**
Nevada Bar No. 12607
6785 W. Russell Road, Suite 210
Las Vegas, NV 89118
Attorneys for Plaintiff

Dated October 18, 2019.

**CARMAN COONEY FORBUSH PLLC**

_____
**BENJAMIN J. CARMAN, ESQ.**
Nevada Bar No. 12565
4045 Spencer Street, A47
Las Vegas, Nevada 89119
Attorneys for Defendant

## ORDER

**IT IS SO ORDERED.**

Dated: October 22, 2019

_____
**UNITED STATES MAGISTRATE JUDGE**