1 BENJAMIN J. CARMAN, ESQ.
NV Bar # 12565
2 SEAN FORBUSH, ESQ.
NV Bar # 12741
3 CARMAN COONEY FORBUSH PLLC
4045 Spencer Street Suite A47
4 Las Vegas, NV 89119
Telephone: (702) 421-0111
5 Facsimile: (702) 516-1033
service@ccfattorneys.com
6 Attorneys for Defendant
State Farm Mutual Automobile Insurance Company

7

8 UNITED STATES DISTRICT COURT

9 DISTRICT OF NEVADA

10 ETHAN ALAN ADAIR (FKA ALAN
VEYTSMAN), individually

11

Plaintiff,

12

v.

13

STATE FARM MUTUAL AUTOMOBILE
14 INSURANCE COMPANY, individually;
DOES I - X, and ROE CORPORATIONS I -
15 X,

16 Defendants

2:17-cv-00421-RFB-DJA

**STIPULATION & ORDER
FOR DISMISSAL
WITH PREJUDICE**

17

18     **IT IS HEREBY STIPULATED AND AGREED** between Plaintiff Ethan

19 Alan Adair and Defendant State Farm Mutual Automobile Insurance Company by

20 and through their respective counsel of record, that State Farm Mutual Automobile

21 Insurance Company be dismissed with prejudice, each party to bear their own fees

22 and costs.

23     It is further stipulated that all current hearings, deadlines, trial dates, and

CARMAN COONEY FORBUSH
PLLC

conferences on calendar shall be vacated.

DATED   January 21, 2020

**CARMAN COONEY FORBUSH PLLC**

_____
BENJAMIN J. CARMAN, ESQ.
SEAN FORBUSH, ESQ.
Attorneys for Defendant
State Farm Mutual Automobile
Insurance Company

DATED   January 21, 2020

**THE POWELL LAW FIRM**

_____
PAUL D. POWELL, ESQ.
MICHAEL A. KRISTOF, ESQ.
Attorneys for Plaintiff
Ethan Alan Adair

**ORDER**

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this  30th day of January, 2020.

CARMAN COONEY FORBUSH
PLLC

## CERTIFICATE VIA CM/ECF

Pursuant to FRCP 5, I hereby certify that I am an employee of CARMAN COONEY FORBUSH PLLC, and that on the **Error! Reference source not found.**, I caused to be served via CM/ECF a true and correct copy of the document described herein.

**Document Served:**

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

**Person(s) Served:**

Paul D. Powell
Michael A. Kristof, Esq.
**The Powell Law Firm**
8918 Spanish Ridge Ave.,
Suite 100
Las Vegas, NV 89148
Attorney for Plaintiff,
Ethan Alan Adair



_____/s/Niccole Lionetti_____

**CARMAN COONEY FORBUSH PLLC**